UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
IN RE BEAR STEARNS COMPANIES, INC.
SECURITIES, DERIVATIVE, AND ERISA          08 MDL 1963
LITIGATION

This Document Relates To:

    Securities Action, 08 Civ. 2793
------------------------------------------------X
BRUCE S. SHERMAN,

                  Plaintiff,          09 Civ. 8161

    -against-

                                          ORDER

BEAR STEARNS COMPANIES INC., JAMES CAYNE,
WARREN SPECTOR AND DELOITTE & TOUCHE
LLP,

                  Defendants.
------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/17

**Sweet, D.J.**

    Pursuant to the stipulation of dismissal with prejudice dated September 19, 2017, the above-captioned case is closed.

    It is so ordered.

**New York, NY**
**October 16, 2017**

                                          _____
                                          ROBERT W. SWEET
                                               U.S.D.J.